COURT OF APPEAL FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS.

RECEIVED IN
COURT OF APPEALS, 5th DIST.

SEP 2 4 2015

LISA MATZ
CLERK, 5th DISTRICT

EUGENE ANTHONY LYNCH, §
              APPELLANT, §
                   §
V.                        §
                   §

CAUSE NO.'s

05-15-00475-CR

05-15-00476-CR

STATE OF TEXAS, §
              APPELLEE. §

MOTION TO PROCEED IN PRO SE WHICH APPELLANT TO FILE HIS OPENING BRIEF

APPELLANT, EUGENE ANTHONY LYNCH, HEREBY MAKES THIS COURT TO PROCEED IN PRO SE AND TO FILE HIS OPENING BRIEF, AND ORDER THE STATE TO ISSUE A COPY OF DOCUMENTS AND TRIAL COURT RECORDS, BY OBTAINING THE FULL AND COMPLETE FILE/RECORD POSSESSED BY THEM PURSUANT TO MICHAEL MORTON ACT-SB NO. 1611. IN SUPPORT OF THIS MOTION, APPELLANT SET FORTH THE FORTH THE FOLLOWING FACTS AND CIRCUMSTANCES:

1. IN ACCORDING TO HOOKS V. STATES, 838 S.W. 2d 643 AND SHANNON V. STATE, 723 S.W. 2d 322, 323 (TEX. APP. 1987), THE COURT OF CRIMINAL APPEAL HAS HELD THAT, WHEN A JUDGMENT ASSESSING PROBATION IS UNAUTHORIZED BY LAW, THE JUDGMENT IS VOID AND THE CAUSE MUST BE REMANDED FOR A NEW TRIAL. FULLBRIGHT V. STATE, 818 S.W. 2d 808, 809 (TEX. CRIM. APP. 1991) (JUDGMENT OF PROBATION FOR AGGRAVATED ASSAULT WITH A DEADLY WEAPON WAS UNAUTHORIZED BY LAW AND WAS VOID IS CAUSE REMANDED FOR NEW TRIAL). WHERE VOID SENTENCE IS OBTAINED, A COURT MUST FIRST ATTEMPT TO SPECIFICALLY REFORM ANY PLEA. SEE, HEATH V. STATE, 817 S.W. 2d 335, 337 (TEX. CRIM APP. 1991).

2. THIS MOTION IS PRESENTED IN GOOD FAITH SO THAT APPELLANT MAY OBTAIN ALL DOCUMENT(S) AND TRIAL COURT

RECORDS TO AID AND ASSIST HIM IN THE PREPARATION FOR AN APPEAL TO THE HIGHER COURT of HIS CONVICTION, APPELLANT IS ENTITLED TO REDRESS BY HABEAS CORPUS RELIEF, AND IT IS ESSENTIAL FOR HIM TO RESEARCH THE DOCUMENTS AND ALL TRIAL COURT RECORDS TO FORMULATE AND PRESENT A VIABLE AND COHESIVE WRIT APPLICATION.

3. APPELLANT ASK THIS COURT TO GRANT HIS REQUEST FOR THE DOCUMENTS AND TRIAL COURT RECORDS OF THE FOLLOWING:

1. PROBABLE CAUSE AFFIDAVIT /or ARREST WARRANT,
2. WITNESSES AND WITNESS STATEMENTS,
3. THE INDICTMENTS /CAUSE NOS 05-15-00475-CR, 05-15-00476-CR,
4. CHARGES of THE COURT (GUILT/INNOCENSE),
5. COURT'S DOCKET SHEETS,
6. JURY'S VERDICT FORMS,
7. COURT'S JUDGMENT AND SENTENCE,
8. JURY'S NOTES TO JUDGE,
9. NOTES, NOTICES FORM THE COURT /JUDGE TO THE JURY,
10. CHARGE of THE COURT (PUNISHMENT,
11. COURT of APPEAL MANDATE,
12. DESIGNATION of RECORD ON APPEAL,
13. COURT REPORTER'S TRANSCRIBED NOTES /PRE-TRIAL HEARING & TRIAL,
14. COMPLETE REPORTER'S RECORDS,
15. COMPLETE STATEMENTS of FACTS,
16. DEFENDANT'S NOTICE of APPEAL,
17. CAPIAS,
18. SUBPAENAS,
19. NOTICE of DISPOSITION,
20. APPELLEE'S APPEAL BRIEF,
21. COURT of APPEAL OPINION,
22. APPELLANT'S BRIEF,
23. AND ANY & ALL other DOCUMENT, EXHIBITS, NOTES, TRANSCRIPTION, AND PAPERS RELATED TO THE ABOVE CAUSE No. WHAT THE STATE'S PROCESSES WIYHIN THEIR POSSESSION.

SAID TRANSCRIPTS ARE IN THE POSSESSION of THE COURT REPORTER DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE /OR ARE IN THE FILES of DALLAS COUNTY CLERK /OR DISTRICT CLERK.

(2)

## REQUEST

WHEREFORE, PREMISES CONSIDERED, THE APPELLANT REQUEST THAT THIS COURT GRANT HIS RELIEF SOUGHT HERE IN.

DATE: 9.21.2015

RESPECTFULLY SUBMITTED

/S/ _Eugene A. Lynch_
EUGENE AUTHONY LYNCH

## VERIFICATION

I, EUGENE ANTHONY LYNCH, DO HEREBY VERIFY AND DECLARE UNDER THE PENALTY of PERJURY THAT THE FOREGOING ABOVE STATEMENTS AND FACTS ARE TRUE, CORRECT TO MY KNOWLEDGE AND BELIEF.

DATE: 9.21.2015

/S/ _Eugene A. Lynch_
EUGENE AUTHONY LYNCH

## CERTIFICATION of SERVICE

I, EUGENE AUTHONY LYNCH, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY of THE FOREGOING WAS SENT TO THE DISTRICT CLERK COUNTY, TEXAS for DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE, 133 N. RIVERFRONT BLVD., DALLAS, TEXAS 75207.

DATE: 9.21.2015

/S/ _Eugene A. Lynch_
EUGEN AUTHONY LYNCH

MR. EUGENE ANTHONY LYNCH #2000930
NEAL UNIT
9055 SPUR 591
AMARILLO, TEXAS 79107

LEGAL MAIL

FIFTH COURT OF APPEAL
LISA MATZ, CLERK
GEORGE L. ALLEN SR. COURT BLDG.
600 COMMERCE ST. STE. 200
DALLAS, TEXAS 75202-4658